# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF NEW YORK

-----------------------------------------------------------------X

In re:

AVIANCA HOLDINGS S.A., et al.,

                Debtors.

-----------------------------------------------------------------X

UDI BARUCH GUINDI, SOSHANA BARUCH, HABIB MANN, GOLAN LP, and ISAAK BARUCH,

                Appellants,                21 **CIVIL** 10118 (VSB)

    -against-                                     **JUDGMENT**

AVIANCA HOLDINGS S.A. et al.,

                Appellees.

-----------------------------------------------------------------X

It is, **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Opinion and Order dated October 3, 2024, the decision of the bankruptcy court is AFFIRMED, and Debtors' motion to dismiss is DENIED as moot; accordingly, the case is closed.

**Dated:** New York, New York
         October 3, 2024

                                                      **DANIEL ORTIZ**
                                                **Acting Clerk of Court**

                     **BY:**      *K. Mango*

                                                      **Deputy Clerk**